## CLUGH v. LAKEWOOD MANOR

[330 N.C. 609 (1992)]

CLAIRE CLUGH v. LAKEWOOD MANOR AND TRAVELERS INSURANCE COMPANY

No. 256A91

(Filed 10 January 1992)

APPEAL by defendants pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 102 N.C. App. 757, 403 S.E.2d 534 (1991), affirming an opinion and award entered 16 April 1990 by the Industrial Commission. Heard in the Supreme Court on 10 December 1991.

*Waymon L. Morris, P.A., by Waymon L. Morris, for the plaintiff-appellee.*

*Roberts Stevens & Cogburn, P.A., by Louise Critz Root, for the defendant-appellants.*

PER CURIAM.

For the reasons set forth in the dissenting opinion by Greene, J., the decision of the Court of Appeals is reversed.

Reversed.